

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00622-CV

**WORLD WIDE AUTOMOTIVE REPAIR PAINT BODY,**
Appellant

v.

**SANTANDER CONSUMER USA INC.,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-08203
Honorable Laura Salinas, Judge Presiding

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

On November 1, 2017, this appeal was dismissed for Appellant's failure to timely respond to our October 5, 2017 order that Appellant show cause in writing why the fee to prepare the clerk's record had not been paid.

On November 3, 2017, Appellant Jasmine Kemp, acting pro se, filed a motion asking this court to reinstate his appeal. He explained that he misunderstood the requirement to pay for the clerk's and reporter's records. We construe Appellant's November 3, 2017 motion as a motion for rehearing and a motion to reinstate the appeal. *See* TEX. R. APP. P. 49.1.

On November 13, 2017, Appellant filed a letter stating he has paid the fees for the clerk and the court reporter to prepare their respective records.

This court requests that Appellee Santander Consumer USA Inc. file a response to Appellant's motion for rehearing. *See id.* R. 49.2.

If Appellee chooses to file a response, Appellee must file its response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.



Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.

KEITH E. HOTTLE,
Clerk of Court